# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fenner, Gary A. | Western District of Missouri | 6/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Senior Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>**to**<br>12/31/2015 |

**7. Chambers or Office Address**

400 East Ninth St.
Suite 8452
Kansas City, MO 64106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Retirement benefits from the State of Missouri. I have no control in regard to this agreement. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | State of Missouri Retirement | $67,558.08 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | State of Missouri retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 6/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Herzog Contracting Corp. | Transportation & Lodging on fishing trip to Ontario Canada | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Discover Bank Accounts | A | Int./Div. | | | Closed | 05/06/15 | M | | |
| 2. Level 3 Communications | | None | | | Sold | 05/28/15 | J | | |
| 3. Bank of America Accounts | A | Interest | M | T | | | | | |
| 4. Capital One, n.a. | A | Interest | | | Closed | 05/07/15 | M | | |
| 5. Country Club Bank Accounts | B | Int./Div. | J | T | Open | 01/16/15 | J | | |
| 6. JP Morgan Chase, f/k/a Bank One Corp. Common Stock | A | Dividend | K | T | Sold (part) | 05/29/15 | J | A | |
| 7. Bank America Corp. Common Stock | A | Dividend | | | Sold | 12/29/15 | J | | |
| 8. Tronox Inc. (Y) | | | | | | | | | |
| 9. Lord Abbett Fund Affiliated A | A | Dividend | L | T | | | | | |
| 10. New Economy Fund (Mutual Fund) | A | Dividend | M | T | | | | | |
| 11. American Century Fund TW Century Ultra Invs Fund | A | Dividend | | | Sold | 05/28/15 | L | | |
| 12. American Funds AMCAP Fund (Mutual Fund) | A | Dividend | | | Sold | 05/28/15 | M | | |
| 13. American Europacific Growth Fund (Mutual Fund) | A | Dividend | | | Sold | 05/28/15 | L | | |
| 14. American Funds Investment Co of America (Mutual Fund) | A | Dividend | | | Sold | 05/28/15 | K | | |
| 15. New Perspective Fund (Mutual Fund) #7 | A | Int./Div. | | | Sold | 05/28/15 | L | | |
| 16. Amazon Com Inc. Common Stock | | None | L | T | | | | | |
| 17. Ford Motor Co. Common Stock | | None | | | Sold | 05/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citigroup Inc. Common Stock | A | Dividend | | | Sold | 05/28/15 | J | A | |
| 19. Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20. Expedia Inc. | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 21. Trip Advisors Inc. | | None | | | Sold | 05/28/15 | J | A | |
| 22. IAC/Interactive Corp | A | Dividend | | | Sold | 05/28/15 | J | B | |
| 23. Energy Transfer Partners LP | | None | | | Sold | 05/28/15 | J | D | |
| 24. Sun Coke Energy | | None | | | Sold | 05/28/15 | J | A | |
| 25. Chemours Co. (spin-off see VIII) | | None | | | Sold | 07/07/15 | J | | |
| 26. Talen Energy Corp. (spin-off see VIII) | A | Dividend | | | Sold | 06/16/15 | J | A | |
| 27. Jackson Cnty MO Sch Dist #2, Raytown 4%, due 3/1/2021 | A | Interest | K | T | Buy | 05/27/15 | K | | |
| 28. Wentzville MO Sch Dist #R-4, 4% due 3/1/2025 | A | Interest | K | T | Buy | 05/27/15 | K | | |
| 29. Affiliated Managers Group Com | | None | J | T | Buy | 05/28/15 | J | | |
| 30. Alphabet Inc CL A | | None | J | T | Buy | 05/28/15 | J | | |
| 31. Alphabet Inc CL C | | None | J | T | Buy | 05/28/15 | J | | |
| 32. Alerian MLP ETF and I.E. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 33. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 34. Apache Corp | A | Dividend | J | T | Buy | 05/28/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Archer Daniels Midland Co | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 36. AT&T Inc. Com | A | Dividend | K | T | Buy | 05/28/15 | J | | |
| 37. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 38. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 39. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 40. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 41. Bank Hawaii Corp | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 42. Bank New York Mellon Corp | A | Dividend | K | T | Buy | 05/28/15 | J | | |
| 43. Baxter Intl Inc | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 44. Bemis Inc Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 45. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 46. Boeing Co Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 47. CA Inc Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 48. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 49. Capital One Finl Corp Com | A | Dividend | J | T | Buy | 05/28/15 | K | | |
| 50. Chevron Corp | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 51. | | | | | Buy (add'l) | 07/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cisco Sys Inc Com | A | Dividend | J | T | Buy | 05/28/15 | K | | |
| 53. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 54. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 55. Conagra Inc Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 56. ConocoPhillips Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 57. CVS Caremark Corp Com | A | Dividend | J | T | Buy | 05/28/15 | K | | |
| 58. Diageo PLC Sponsored ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 59. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 60. Diebold Inc Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 61. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 62. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 63. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 64. Discovery Communications Inc | | None | J | T | Buy | 05/28/15 | J | | |
| 65. Disney Walt Co Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 66. Du Pont de Nemours & Co. | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 67. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 68. | | | | | Buy (add'l) | 09/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EMC Corp Mass Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 70. Exxon Mobil Corp Com | A | Dividend | K | T | Buy | 05/28/15 | J | | |
| 71. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 72. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 73. First Eagle High Yield I | A | Dividend | L | T | Buy | 05/28/15 | J | | |
| 74. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 75. Gemalto ADR | | None | J | T | Buy | 05/28/15 | J | | |
| 76. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 77. General Elec Co Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 78. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 79. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 80. Honda Mtr LTD | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 81. Intel Corp Com | A | Dividend | J | T | Buy | 05/28/15 | K | | |
| 82. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 83. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 84. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 85. International BusinessMachs Co | A | Dividend | K | T | Buy | 05/28/15 | K | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 87. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 88. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 89. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 90. Ishares MSCI EAFE Growth ETF | B | Dividend | M | T | Buy | 05/28/15 | L | | |
| 91. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 92. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 93. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 94. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 95. Jacobs ENGR Com | | None | J | T | Buy | 05/28/15 | J | | |
| 96. Johnson & Johnson Com | A | Dividend | K | T | Buy | 05/28/15 | K | | |
| 97. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 98. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 99. Kemper Corp Del Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 100. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 101. KLA Tencor Corp Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 102. | | | | | Buy (add'l) | 07/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Mattel Inc. Com | A | Dividend | K | T | Buy (add'l) | 05/28/15 | J | | |
| 104. | | | | | Sold (part) | 07/02/15 | J | A | |
| 105.  Merck & Co Inc | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 106. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 107.  Microsoft Corp Com | A | Dividend | K | T | Buy | 05/28/15 | K | | |
| 108. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 109.  Molson Coors Brewing Co | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 110. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 111. | | | | | Sold (part) | 10/07/15 | J | | |
| 112.  Munich RE Group ADR | | None | J | T | Buy | 05/28/15 | J | | |
| 113. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 114. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 115.  NCR Corp New Com | | None | J | T | Buy | 05/28/15 | J | | |
| 116.  Nextera Energy Inc Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 117.  Novartis AG Sponsored ADR | | None | J | T | Buy | 05/28/15 | K | | |
| 118.  Omnicom Group Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 119.  Oracle Corp Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Phillips 66 Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 121. Powershares Exchange Traded FdTR Intl Div | B | Dividend | K | T | Buy | 05/28/15 | K | | |
| 122. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 123. PPL Corp Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 124. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 125. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 126. Prudential Financial Inc Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 127. Raytheon Com New | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 128. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 129. Riverpark Strategic Income Fund INS#7508 | B | Dividend | J | T | Buy | 05/28/15 | L | | |
| 130. | | | | | Sold (part) | 12/29/15 | K | | |
| 131. Royal Bk CDA Montreal QUE ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 132. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 133. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 134. Sanofi Sponsored ADR | | None | J | T | Buy | 05/28/15 | K | | |
| 135. Schlumberger LTD Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 136. SPDR S&P Midcap 400 ETF TR Unit Ser I STAN | A | Dividend | K | T | Buy | 05/28/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/09/15 | J | | |
| 138. | | | | | Sold (part) | 06/11/15 | J | | |
| 139. Target Corp Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 140. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 141. Teco Energy Inc Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 142. Teva Pharmaceutical Inds LTD | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 143. Thermo Fisher Corp Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 144. Thomson Reuters Corp Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 145. Total S A Sponsored ADR | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 146. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 147. Twenty-First Century Fox B | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 148. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 149. United Technologies Corp Com | A | Dividend | J | T | Buy | 05/28/15 | J | | |
| 150. Vanguard FTSE emerging Markets ETF | A | Dividend | | | Buy | 05/28/15 | K | | |
| 151. | | | | | Sold | 09/01/15 | K | | |
| 152. Walmart Stores Inc Com | A | Dividend | K | T | Buy | 05/28/15 | J | | |
| 153. | | | | | Buy (add'l) | 07/23/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 155. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 156. Wells Fargo Advantage Short term High Yield | B | Dividend | L | T | Buy | 05/28/15 | L | | |
| 157. | | | | | Sold (part) | 10/08/15 | J | | |
| 158. Wisdom Tree Tr Europe Hedged EQ | D | Dividend | K | T | Buy | 05/28/15 | L | | |
| 159. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 160. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 161. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 162. | | | | | Sold (part) | 12/29/15 | K | | |
| 163. Zurich Ins Group LTD Spon ADR | | None | J | T | Buy | 05/28/15 | J | | |
| 164. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 165. Monsanto Co Sr Note 2.75% dtd7/1/2014, due 7/15/2021 | A | Interest | K | T | Buy | 06/01/15 | K | | |
| 166. QualComm Inc 3.0%, due 5/20/2022 | A | Interest | K | T | Buy | 06/01/15 | K | | |
| 167. Campbell Soup Co, 3.3%, due 3/19/2025 | A | Interest | K | T | Buy | 06/02/15 | K | | |
| 168. NBC Universal Media LLC, 2.875%, due 1/15/23 | A | Interest | K | T | Buy | 06/02/15 | K | | |
| 169. Nucor Corp Sr NT 4%, dtd 7.29.13, due 8/1/23 | A | Interest | K | T | Buy | 06/02/15 | L | | |
| 170. Sysco Corp 3.5%, due 10/2/24 | A | Interest | | | Buy | 06/02/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 6/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Redeemed | 12/29/15 | L | | |
| 172. St Charles MO Neighborhood Imp Dst, 2.5%, due 3/1/23 | A | Interest | K | T | Buy | 06/04/15 | K | | |
| 173. Undiscovered Managers Behav Value Inst | A | Dividend | K | T | Buy | 06/15/15 | K | | |
| 174. Columbia MO Wtr & Elec Rev Ref & IMPT Sys, 3.0% due 10/1/24 | A | Interest | K | T | Buy | 07/22/15 | K | | |
| 175. Bank Hawaii Corp Com | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 176. Deageo PLC Sponsored ADR | A | Dividend | J | T | Buy | 07/23/15 | J | | |
| 177. Du Pont de nemours sr. not 4.625% dtd 11/9/09, due 1/15/20 | A | Dividend | K | T | Buy | 08/05/15 | K | | |
| 178. United Technologies Corp 1.55% due 5/4/18 | B | Interest | K | T | Buy | 08/05/15 | K | | |
| 179. Koninklijke Philips Elect. NV NT3.75% dtd 3/9/12 due 3/15/22 | A | Interest | L | T | Buy | 12/11/15 | L | | |
| 180. Waddell & Reed Advisors Science & Technology (Mutual Fund) | A | Dividend | J | T | | | | | |
| 181. Waddell & Reed Advisors Bond C (Mutual Fund) | A | Dividend | J | T | | | | | |
| 182. Waddell & Reed Advisors (Mutual Fund) | A | Dividend | J | T | | | | | |
| 183. Mass Mutual Financial Group Permanent Group Life Policy | | None | K | T | | | | | |
| 184. AXA Equitable Permanent Life Policy | | None | J | T | | | | | |
| 185. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 6/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.

Line 25 Chemours Co. spun off from Line 123 PPL Corp. Com on 7/7/15

Line 26 Talen Energy Corp. spun off from Line 66 DuPont on 5/28/15

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Fenner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544